Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Sam Pugliese, pro se.* No appearance for respondent.

Nos. 594 and 595. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEW YORK CENTRAL R. Co.; and

No. 596. NEW YORK CENTRAL R. Co. *v.* COMMISSIONER OF INTERNAL REVENUE. December 23, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for the Commissioner. *Messrs. Clive C. Handy* and *Jacob Aronson* for the New York Central R. Co.

No. 611. LEATHEM SMITH-PUTNAM NAVIGATION Co. *v.* OSBY ET AL. December 23, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles E. Kremer* for petitioner. *Mr. Lawrence Duncan Lloyd* for respondents.

No. 648. GILLIS *v.* NEW YORK CITY. January 6, 1936. Petition for writ of certiorari to the Supreme Court of New York and motion for leave to proceed further *in forma pauperis* denied. *Mr. Silas B. Axtell* for petitioner. No appearance for respondent.

No. 623. FRAZIE *v.* ORLEANS DREDGING Co. January 6, 1936. Petition for writ of certiorari to the Supreme Court of Mississippi denied, for the want of a final judgment. *Messrs. S. B. Laub, Wm. H. Watkins,* and *Joseph E. Brown* for petitioner. *Messrs. Gerard Brandon* and